## DISTRICT COURT OF MARYLAND FOR _____

**LOCATED AT (COURT ADDRESS)**

**CASE NO.** CV

**PARTIES**

**Plaintiff:**
Carl Tilghman Sr
10244 Mt Auburn De
Clinton MD 20735

**VS.**

**Defendant(s):**

1. Asset Acceptance
   28401 VanDyke Ave
   Warren, MI 48093
   Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. WFoB
   4590 E Broad ST
   Columbus Ohio 4213
   Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. _____
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. _____
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

---

**COMPLAINT** ☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

Collection Company Assignees and disseminate stolen identity after notification of stolen identity with Police Report - Fraud alert FTC - and proof of identity. Refuse to remove and continues to disseminate slanderous change of pay not paying debt to other companies via Credit Report

(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☒ $ 2500 plus interest of $ _____ and attorney's fees of $ _____ plus court costs.
☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☒ Other: See Continuation Sheet
and demands judgment for relief.

_Carl Tighman_
Signature of Plaintiff/Attorney/Attorney Code

Telephone Number: 202-250-1115

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☒ Other written document ☒ PD report - letter - Credit Report ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. ☒ The Defendant(s) ☐ is/are in the military service ☒ is/are not in the military service and the facts supporting this statement are: _____

☐ I am unable to determine whether or not any Defendant is in military service.

3/01/11
Date

_Carl Tighman_
Signature of Affiant

DC/CV 1 (front) (Rev. 8/2008) (Print Date 9/2008)