DISTRICT COURT OF MARYLAND FOR

LOCATED AT (COURT ADDRESS)

CASE NO.

CV

**COMPLAINT** ☐ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

The Target corporation in conjunction with Asset Acceptance LLC sold and received credit information blocked by credit bureau in 2008-2009 and with intent to place blocked information + collect debt illegally against me. Target had information that account not mine by police report, fraud report, FTC fraud report and letter from person whose account it was. Action resulted in lowering of my credit score and capacity for credit (See Continuation Sheet)

☐ Legal ☐ Contractual ______ %

PARTIES

Plaintiff: Carl Tilghman Sr

VS.

Defendant(s):

1. Target, 1000 Nicollet Mall, Minneapolis, MN 55440 — Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff
2. Experian Credit, POB 9532, Allen TX 75013 — Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff
3. Newport News, 4590 E Broad St, Columbus OH 43213 — Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff
4. Spiegel, 4590 E. Broad St, Columbus Ohio 43213 — Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

The Plaintiff claims:

☒ $ 2500 plus interest of $ ______ and attorney's fees of $ ______ plus court costs.

☐ Return of the property and damages of $ ______ for its detention in an action of replevin.

☐ Return of the property, or its value, plus damages of $ ______ for its detention in action of detinue.

☒ Other: see continuation sheet

and demands judgment for relief.

[signature] Signature of Plaintiff/Attorney/Attorney Code

Telephone Number:

ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☒ Other written document ☒ Letter, PD Report, Credit Bureau Report ☒ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ ______ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. ☒ Defendant ______ is in the military service.

Name

☒ No Defendant is in the military service and the facts supporting this statement are: Federal law prohibits the sale or dissemination of blocked information. Companies refuse to remove after numerous telephone calls and finally letter

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.

☐ I am unable to determine whether or not any Defendant is in military service.

3/26/11
Date

[signature] Signature of Affiant

DC/CV 1 (front) (Rev. 11/2010) Print Date 1/2011

**DISTRICT COURT OF MARYLAND FOR**

LOCATED AT (COURT ADDRESS)

CASE NO.

CV

PARTIES

Plaintiff

Carl Tilghman Sr

VS.

Defendant(s):

1. Asset Acceptance
28401 VanDyke Ave
Warren, MI 48093
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. WFOB
4590 E Broad ST
Columbus Ohio 4213
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

MAR 11 PM 12:21 [stamp]

ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code

**COMPLAINT** ☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

Collection company receives and disseminate stolen identity after notification of stolen identity with police report — Fraud report FTC — and proof and identity. Refuse to remove and continue to disseminate slanderous charge of my not paying debt to other companies via credit report

(See Continuation Sheet)

☐ Legal
☐ Contractual ______ %

The Plaintiff claims:

☒ $ 2500 [illegible] plus interest of $ ______ and attorney's fees of $ ______ plus court costs.

☐ Return of the property and damages of $ ______ for its detention in an action of replevin.

☐ Return of the property, or its value, plus damages of $ ______ for its detention in action of detinue.

☒ Other: See Continuation Sheet

and demands judgment for relief.

[signature]

Signature of Plaintiff/Attorney/Attorney Code

Telephone Number: ______

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☒ Other written document ☒ PD report - letter - Credit Report ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☒ Plaintiff ☐ ______ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. ☒ The Defendant(s) ☐ is/are in the military service ☒ is/are not in the military service and the facts supporting this statement are: ______

☐ I am unable to determine whether or not any Defendant is in military service.

3/4/11
Date

[signature]
Signature of Affiant

DC/CV 1 (front) (Rev. 8/2008) (Print Date 9/2008)



**DISTRICT COURT OF MARYLAND for Prince George's County**

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

# WRIT OF SUMMONS

Defendant : **WFNB**
Serve On : WFNB
Address : 4590 E BROAD ST
COLUMBUS, OH 43213

Date Filed : Mar 11, 2011
Issue Date : Mar 28, 2011
Case Number : 050200091132011
Complaint No. : 006

| | |
|---|---|
| **Trial Date** | **: Jul 11, 2011** |
| **Trial Time** | **: 08:45 am** |
| **Trial Room** | **: 162B** |

You are summoned to appear for trial at the date, time and location shown above. If you intend to be present at the trial, you must file the attached Notice of Intention to Defend within sixty days of receiving this complaint. Failure to file the Notice of Intention to Defend may result in a judgment by default or the granting of the relief sought.

**MUST BE SERVED BY Apr 27, 2011** **Mary J. Abrams, Administrative Clerk / TC**

CUT HERE ---------------------------------------------------------------------------------- CUT HERE

## NOTICE OF INTENTION TO DEFEND

Defendant : WFNB
Trial Date : Jul 11, 2011

Case # 050200091132011
Complaint # 006

Notice : If you **contest the claim** or any part thereof, you must complete this Notice of Intention to Defend and file with the court listed at the top of this summons no later than 60 days after you receive this Summons and be present in court on the trial date.If you do not appear judgment by default or the relief sought may be granted.

**A corporation** may enter an appearance only by an attorney except that an officer of the corporation may appear on its behalf if the action is based on a claim that does not exceed $5,000.00.
Any reasonable accommodation for persons with disabilities should be requested by contacting the court prior to trial.

Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility.

**SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION**

I intend to be present at the trial of this claim and demand proof of the Plaintiff's claim.

Explanation of defense : ______________________________________________

______________________________________________

____/____/20____ ______________ (____)______________ (____)______________
Date Signature Work Phone Home Phone

______________________________________________
Address

______________________________________________ Case Num.

☐ Check this box if this is a new address. 

FM:   Carl Tilghman Sr.

Ref:  Credit accounts, billings and debts being charged fraudulently, erroneously and Illegally against Carl Tilghman Sr.

TO:   Compliance office/Fraud Department Asset Acceptance, Equifax, Tran Union, Experian, WFNN Spiegel, New Port News and Ashley Stewart, Target, National Recovery Collection.

To Appropriate agent/agency

Since 2008 I have been and thought successful in correcting my credit report, including accounts that fraudulently were placed on my credit reports by Spiegel, Target. Ashley Stewart and Newport News. These accounts were deleted/blocked from my account but have now resurfaced again in face of the appropriate owners of the account having forwarded written statements to Ashley, Newport, Spiegel and Target stating clearly these are their account and should have never been on my account.

It seems the only way that clears this up is for all of us to come to court. To give you one last chance to not have to come to court and face the misery you have placed me through for three year. I hereby give you 10 days from receipt of this certified letter to send me written proof that these a re my accounts or expect to receive another letter from me with a court date. I live in Maryland so prepare to pay for the trip and the witnesses from California that I will include in my suit against you.

Find, even if you do not please, police report of identity thief, copy of letter from the owners of the accounts, copy of the accounts being deleted from my credit report in 2008 and 2009.

Most Sincerely,

Carl Tilghman Sr.

Carl Tilghman

Request for Credit Statement of dispute to accompany any reports sent to inquirer seeking credit report of Carl Tilghman born ssn

To whom concerned

Please add the following statement to reports being sent out under my Name and Social security to address the disputed accounts:

I have in earnest through fraud reports and police report including personal letter from the individual who opened the accounts sought to resolve claims with Target, WFNNB, Ashley Stewart, Newport News and Spiegel. These accounts with WFNNB, their subsidiaries and target are based on fraud and fraudulently placed on my account. The accounts characters are contrary to the rest of my credit history the past seven years. As a matter of principle I will not pay because they are not mine and I am willing to go to court with the claimants to resolve. FTC reports of fraud have been sent to the claimants, as well as other letters and telecommunnicae.

9/23/09

May 1, 2008

From: Carl Tilghman II

To: WFNNB (Ashley Stewart/Spiegel/Newport News)
P.O. Box 33873
San Antonio, TX 782650-9705

To Whom It May Concern:

Please note that the following information you have on file for consumer:

Carl Tilghman Sr.

Please Notify Collection Agency & Credit Bureau

Is **NOT** correct. The information you have on file for the account associated with the consumer listed above belongs to:

Carl Tilghman II

Dara K. Tilghman

**(Married)**

While we're not certain as to how this mix up came about we can assure you this is not the first time this has happened. When we applied for the account via the web we were sure to put in all of our accurate information. Some of the security verification questions that we were asked did pertain to us as well as Carl Tilghman Sr. however at the time we thought nothing of it. Please remove all financial information from the records of Carl Tilghman Sr. and place them on the records of Carl Tilghman II and Dara K. Tilghman we will accept full financial responsibility. Police reports have been filed pertaining to this matter to further investigate on behalf of Carl Tilghman Sr.

May 1, 2008

From: Carl Tilghman II

To: Target Financial Services
Mail Stop 5C-F
PO Box 673
Minneapolis, MN 55440

To Whom It May Concern:

Please note that the following information you have on file for consumer:

Carl Tilghman Sr.

Please notify Collection Agency and Credit Bureau

Is **NOT** correct. The information you have on file for the account associated with the consumer listed above belongs to:

Carl Tilghman II

Dara K. Tilghman

**(Married)**

While we're not certain as to how this mix up came about we can assure you this is not the first time this has happened. When we applied for the account via the web we were sure to put in all of our accurate information. Some of the security verification questions that we were asked did pertain to us as well as Carl Tilghman Sr. however at the time we thought nothing of it. Please remove all financial information from the records of Carl Tilghman Sr. and place them on the records of Carl Tilghman II and Dara K. Tilghman we will accept full financial responsibility. Police reports have been filed pertaining to this matter to further investigate on behalf of Carl Tilghman Sr.

COPY TO — OTHER REPORTS: ARREST, ACCIDENT, CONTINUATION, PROPERTY, OTHER, SPECIAL

# PRINCE GEORGE'S COUNTY POLICE
## INCIDENT REPORT

CASE NUMBER: 08-044-1195

LINKED CASE NUMBER:

TYPE OF INCIDENT: Identity Theft

LOCATION OF INCIDENT: 10211 Mount Aaron Drive Clinton MD 20735

DATE/TIME OCCURRED: 12/07 - 01/08 1200HRS

DATE/TIME REPORTED: 2/13/08 1913 HRS

SUMMARY OF INCIDENT: (S) UNK used (V's) identity to open several accounts

**PERSONS** — V-VICTIM, W-WITNESS, R-REPORTING PERSON, T-T/A, P-PRINCE GEORGE'S POLICE DEPARTMENT

CODE: V — NAME: LAST: Feldman — FIRST: Carl — MIDDLE: NMN

ADDRESS: — CITY: — STATE: — ZIP: — RACE-SEX-DOB: — HOME TELEPHONE: — OTHER TELEPHONE:

PLACE OF EMPLOYMENT / SCHOOL / OR OTHER INFORMATION: Nurse Manager

CODE: — NAME: LAST — FIRST — MIDDLE — RACE-SEX-DOB — H N
S/A LOI — ADDRESS — CITY — STATE — ZIP — TELEPHONE

CODE: — NAME: LAST — FIRST — MIDDLE — RACE-SEX-DOB — H N
S/A LOI — ADDRESS — CITY — STATE — ZIP — TELEPHONE

A-ARRESTED, S-SUSPECT, F-FIELD OBSERVATION — MORE NAMES IN DETAILS? Y (N)

CODE: S — NAME: LAST: UNKNOWN — FIRST — MIDDLE — RACE-SEX-DOB — H N
S/A LOI — ADDRESS — CITY — STATE — ZIP — TELEPHONE
HGT — WGT — EYES — HAIR — OTHER DESCRIPTION, PHYSICAL APPEARANCE / DESCRIPTION OF WEAPON: (NFD)

CODE: — NAME: LAST — FIRST — MIDDLE — RACE-SEX-DOB — H N
S/A LOI — ADDRESS — CITY — STATE — ZIP — TELEPHONE
HGT — WGT — EYES — HAIR — OTHER DESCRIPTION, PHYSICAL APPEARANCE / DESCRIPTION OF WEAPON

**VEHICLE** — S-STOLEN, R-RECOVERED, A-VEHICLE AUDIT, I-IMPOUND, O-OTHER, U-UNAUTHORIZED USE, W-WANTED

OWNER: LAST — FIRST — MIDDLE — RACE-SEX-DOB — H N
S/A V — ADDRESS — CITY — STATE — ZIP — TELEPHONE
OWNER NOTIFIED? Y N — DATE/TIME — INSURANCE COMPANY
CODE — YR. MAN. — MAKE AND MODEL — STYLE — COLOR — LICENSE NUMBER — STATE — MONTH/YEAR
VIN — REMARKS
MILEAGE — KEYS IN IGNITION? Y N — MAY VEHICLE BE RELEASED? Y N WHY? — IMPOUND NR
VALUE — IF RECOVERED, JURISDICTION STOLEN FROM CITY/COUNTY — STATE — VEHICLE AUDIT USE
TOWED BY — LOCATION TOWED TO — RESERVED

TELE-COMMUNICATIONS NOTIFIED? Y (N) — ID — ELECTRONIC MAIL TELEPHONE — DATE / TIME

CONTINUED ON REVERSE? (Y) N

REPORTING OFFICER: Plc [illegible] Davis — ID: 3024 — PAGE 1 OF PAGES — BEAT: F4 — DIST: V — APPROVAL: [signature] (MFU) — ID: 1669

TOTAL — CLERK — CASE STATUS

1 2 9 — 2 0 0 — 3 0 0 — 4 0 0 — 5 0 0 — 6 8 3 — 7 0 0 — 8 0 0 — 9 0 0

LC8-0441-105

| DETAILS | PROPERTY | S - STOLEN E - EVIDENCE | L - LOST | F - FOUND I - IMPOUND | INVENTORY R - RECOVERED | K - SAFEKEEPING | D - DAMAGED |
|---|---|---|---|---|---|---|---|

| CODE | QTY | ITEM/BRAND | MODEL/STYLE/SIZE | SERIAL NUMBER | ENGRAVINGS / MARKS / COLORS | VALUE |
|---|---|---|---|---|---|---|
| | | | | | | |

On the reverse date and time I responded to the reverse location for an identity theft report. Once on scene the (V) FILLINGHAM, CARL advised that he received a credit report with the following accounts opened by (S) UNKNOWN: ASHLEY STEWART, WFNNB (NEWPORT NEWS), TARGET, and SPIEGEL. These are all store accounts opened by (S) with no charges pending. (V) also advised that other accounts were also attempted to be opened but no success. The (V) was advised he would be contacted by CID if any follow up investigation was needed.

FORM #3529 (7/86)

(COMPLETE REPORTING OFFICER BLOCK ??)

Victim's Name: Carl Tilghman Phone Number: Page 7

**Documentation**

(21) I can verify my identity with these documents:

- [X] A valid government-issued photo identification card (for example, my driver's license, state-issued ID card, or my passport)

  If you are under 16 and don't have a photo-ID, a copy of your birth certificate or a copy of your official school record showing your enrollment and legal address is acceptable.

- [X] Proof of residency during the time the disputed charges occurred, the loan was made, or the other event took place (for example, a copy of a rental/lease agreement in my name, a utility bill, or an insurance bill.)

Take these documents and this form to your local law enforcement office, along with your FTC complaint number (if you filed with the FTC). Ask an officer to witness your signature, below, and to complete the rest of the information about his or her department and your law enforcement report. It's important to get your report number, whether or not you are able to file in person.

FRAUD STILL PERSIST by WOLF - TARGET - CAPITOL ONE

**Signature**

Sign and date IN THE PRESENCE OF a law enforcement officer.

(22) I certify that, to the best of my knowledge and belief, all of the information on and attached to this complaint is true, correct, and complete and made in good faith. I understand that this complaint or the information it contains will be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Signature: [signature] Date Signed (mm/dd/yyyy): 9/13/2008

**Law Enforcement Report**

| Law Enforcement Department | State | Report Number | Filing Date (mm/dd/yy) |
|---|---|---|---|
| PGPD | MD | 08-0241-1195 | 9.13.08 |

| Officer's Name (please print) | Officer's Signature | Badge Number | Phone Number |
|---|---|---|---|
| SANDERS | [signature] | 3251 | (301) 856 3130 |

Did the victim receive a copy of the report from the law enforcement officer? [ ] Yes OR [X] No

Victim's FTC complaint number (if available): 20221305

*REMINDER: Attach copies of your identity documentation when sending your report to creditors and credit reporting agencies.*

DL Class C Driver's License Maryland

LIC #:

CARL TILGHMAN

BIRTH DATE:

EXPIRES:

Sex: M Ht: 6-02 WT: 230

Restr: B Type: R

Issue Date:

 FORM 4

*** 182948449-029 ***
P.O. Box 2000
Chester, PA 19022

09/25/2008 TransUnion.

P0M5D900203149-I017571
CARL TILGHMAN SR.

Recently we received a notification from one of the other Nationwide Credit Reporting Agencies, concerning information contained in their report that you identified as fraudulent. As a courtesy to you, TransUnion also reinvestigated the information.

Our investigation of the dispute submitted is now complete. The results are listed below.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| PERSONAL INFORMATION | | NEW INFORMATION BELOW |
| WFNNB/SPIEGEL | # 5856373305830577 | DELETED |
| ASHLEY STEWART | # 2002992655 | DELETED |
| WFNNB/NEWPORT NEWS | # 5856373389749172 | DELETED |

Experian
A world of insight

**Prepared for**
CARL TILGHMAN Sr
**Report number**

**Report date**
October 21, 2009
**www.experian.com/disputes** 

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report
**Remains** - This item has been verified as accurate
**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.
**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

## Results

We completed investigating any items you disputed with the sources of the information and processed any other requests you made. Here are the results:

| Request for your credit history | Outcome |
|---|---|
| AMERICAN EXPRESS *5-28-2009* | *Deleted* |
| AMERICAN EXPRESS *7-13-2009* | *Deleted* |
| AMERICAN EXPRESS *12-11-2007* | *Deleted* |
| AMEX *2-1-2008* | *Deleted* |
| HSBC BANK USA NA *12-13-2007* | *Deleted* |
| CITI *8-27-2008* | *Deleted* |
| WFNNB/NEWPORT NEWS *12-6-2008* | *Deleted* |
| AMEX ACCOUNT REVIEW *1-29-2008* | *Deleted* |
| AMEX ACCOUNT REVIEW *2-28-2008* | *Deleted* |
| AMEX ACCOUNT REVIEW *3-26-2008* | *Deleted* |

### What's your credit score?

**Find out by ordering your VantageScore® from Experian for only $7.95. To order your VantageScore, call 1 888 322 5583.**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

Experian™
A world of insight

**Prepared for**
CARL TILGHMAN Sr.
**Report number**

**Report date**
October 21, 2009
www.experian.com/disputes
P.O. Box 9554, Allen, TX 75013

| **Request for your credit history** *continued* | **Outcome** |
|---|---|
| * ASSET ACCEPTANCE LLC *9-11-2009* | *Deleted* |
| CREDIT TECHNOLOGY INC *8-18-2009* | *Deleted* |
| FIRST AMERICAN CREDCO *2-5-2008* | *Deleted* |
| FIRST AMERICAN CREDCO *3-13-2007* | *Deleted* |
| OSI COLLECTION SERVICES *2-29-2008* | *Deleted* |
| * LANDSAFE *7-2-2009* | *Deleted* |

Visit experian.com/status to check the status of your pending disputes at any time



IF UNDELIVERABLE RETURN TO
DISTRICT COURT OF MARYLAND #5-2
14735 MAIN ST RM 173B
UPPER MARLBORO MD 20772-3051
CERTIFIED MAIL
7112 2557 3090 0707 1380
"RESTRICTED DELIVERY"
$ 10.21⁰
WFNB
4590 E BROAD ST
COLUMBUS, OH 43213