IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CARL TILGHMAN, SR.          :

    Plaintiff,             :

v.                          :   Case No.: DKC-11-1136

ASSET ACCEPTANCE, *et al.*  :

    Defendants.            :

## STIPULATION OF DISMISSAL

Plaintiff, Carl Tilghman, Sr. and Defendant, Experian Information Solutions, Inc. ("Experian") incorrectly identified as Experian Credit by Plaintiff, stipulate and agree that:

1.    Plaintiff's complaint, claims and pleadings filed against Experian Information Solutions, Inc. are hereby dismissed with prejudice with Plaintiff and Experian bearing its own attorney's fees, expert's fees and costs.

                                                              Respectfully submitted,

                                                              SHULMAN, ROGERS, GANDAL,
                                                              PORDY & ECKER, P.A.

_____      By: _____
Carl Tilghman                                           Sandy David Baron
10211 Mt. Auburn Drive                  12505 Park Potomac Avenue, 6th Floor
Clinton, Maryland 20735               Potomac, MD 20854
202-280-1115                                          301-255-0547
Plaintiff, Pro Se                                         Attorneys for Experian

IT IS SO ORDERED:

_____
Judge, United States District Court
 For the District of Maryland

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARL TILGHMAN, SR. | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 11-cv-01136 DKC |
| ASSET ACCEPTANCE., *et al.* | : |
|     Defendants. | : |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June 2011, a copy of the foregoing Stipulation of Dismissal was served via Federal Express, mailed and/or electronically, upon:

Carl Tilghman, Sr.
10211 Mt. Auburn Drive
Clinton, MD 20735

Target
1000 Nicollet Mall
Minneapolis, MN 55440

New Port News
4590 E. Broad Street
Columbus, OH 43213

Spiegel
4590 E. Broad Street
Columbus, OH 43213

Asset Acceptance
28401 Van Dyke Avenue
Warren, MI 48093

Gregory L. VanGeison, Esquire
Edward V. Arnold, Esquire
Anderson, Coe & King, LLP
201 North Charles Street, Suite 2000
Baltimore, MD 21201

                                                        /s/
                                       Sandy David Baron