IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARL TILGHMAN, SR. | * | |
| Plaintiff | * | |
| v. | * | |
| TARGET, INC., et. al | * | Civil Action: DKC – 11 - 1136 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

TO THE CLERK OF THE COURT:

Plaintiff, Carl Tilghman, Sr. and Defendants, World Financial Network National Bank ("WFNNB"), incorrectly identified as WFNB by Plaintiff, Newport News, Spiegel, and Asset Acceptance, stipulate and agree that:

1. Plaintiff's complaint, claims and pleadings filed against WFNNB, Newport News, Spiegel, and Asset Acceptance are hereby DISMISSED WITH PREJUDICE pursuant to Maryland Rule of Civil Procedure 3-506.

Respectfully submitted,

_Ed. V. Ael_ (signature)
Edward V. Arnold
Anderson, Coe & King, LLP
201 N. Charles Street, Suite 2000
Baltimore, MD 21201
410-752-1630

*Attorney for Defendants, WFNNB, Newport News, Spiegel, and Asset Acceptance*

_____
Carl Tilghman, Sr.
10211 Mt. Auburn Drive
Clinton, Maryland 20735
(202) 280-1115
*Plaintiff, Pro Se*